UNITED STATES BANKRUPTCY COURT
Western District of Illinois

IN RE:                                                       CHAPTER 13

KELVIN L. PARKER                              CASE NO. 11-83228

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:**   JP Morgan Chase Bank NA          **Court claim #: 3**

**Last four digits** of any number used to identify the debtor's account: 2876

| *Final Cure Amount* | |
|---|---|
| Amount of Prepetition Arrears | $2,028.97 |
| Amount Paid by Trustee | $2,028.97 |

| *Monthly ongoing Mortgage Payment* | | |
|---|---|---|
| Mortgage is paid: | | |
| ☐ Thru the Chapter 13 Plan | ☒ | Direct by Debtor(s) |

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:  1/19/2016                         /s/Lydia S. Meyer
                                               Lydia S. Meyer, Trustee
                                               308 W. State St., Suite 212
                                               Rockford, IL  61101

Certificate of Service
    I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 19th Day of January, 2016.

Dated:  1/19/2016                         /s/Cynthia K. Burnard

JP MORGAN CHASE  BANK NA
3415 VISION DR
OH4-7142
COLUMBUS, OH 43219

CHASE
PO BOX 24696
COLUMBUS, OH  43224-4696

JP MORGAN CHASE BANK NA
HE DEFAULT PAYMENT ROCESSING II
3415 VISION DRIVE MAIL CODE 0H4-7164
COLUMBUS, O 43219

CODILIS & ASSOCIATES PC
BANKRUPTCY DEPARTMENT
15W030 N FRONTAGE RD SUITE 100
BURR RIDGE, IL 60527

KELVIN L. PARKER
2688 BAINBURG DRIVE
ROCKFORD, IL  61109

ATTORNEY GARY C. FLANDERS
ONE COURT PLACE, #201
ROCKFORD, IL  61101